# EXHIBIT A



05/28/2020

CHERYL E SMITH

████████████

████████████

Subject: Important Information about your Mercury MasterCard.

CHERYL E SMITH,

You have agreed to settle the Current Balance of $7,037.82 on your Mercury MasterCard account ending in 0038 pursuant to the following terms:
Settlement Amount of $3167.02
To be paid in 12 installment(s) of,1x$147.34, 10x$250.00,1x$519.68


.
$147.34,  is due on or before 5/29/2020.
$250.00,  is due on or before 6/29/2020.
$250.00,  is due on or before 7/29/2020.
$250.00,  is due on or before 8/29/2020.
$250.00,  is due on or before 9/29/2020.
$250.00,  is due on or before 10/29/2020.
$250.00,  is due on or before 11/29/2020.
$250.00,  is due on or before 12/29/2020.
$250.00,  is due on or before 1/29/2021.
$250.00,  is due on or before 2/29/2021.
$250.00,  is due on or before 3/29/2021.
$519.68,  is due on or before 4/29/2021.

(For accounts with multiple installments) and on or before the <29th> of each month until satisfied.

Please be aware that the account status will be reported to Credit Reporting Agencies as "Settled in full for less than the full amount".

If the amount of principal forgiven is ≥$600, a 1099-C form will be issued at the end of the current tax year in accordance with IRS requirements. Please consult a tax professional for details on how this may impact you.

Sincerely,

Mercury Card Services

*This card is issued by First Bank & Trust, Brookings, SD pursuant to a license by MasterCard International. The debt is owned and managed by CreditShop LLC. "MasterCard" and the MasterCard Brand Mark are registered trademarks of MasterCard International Incorporated.*

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*