# EXHIBIT B

## ACH Confirmation

### Item Information

Individual Name: NATIONAL DEBT RELIEF

Account Number: ████████ 3075

Amount: $147.35

### Batch Information

Company Name: FBT MERCURY CARD

Effective Entry Date: 06/01/2020
Settlement Date: 06/01/2020

## ACH Confirmation

### Item Information

████████████████

Individual Name: JOSEPH C WHEAT

████████████████

Account Number: ████████ 3075

████████

Amount: $249.99

████████

### Batch Information

Company Name: FBT MERCURY CARD

████████████████

████████████████

Effective Entry Date: 06/30/2020
Settlement Date: 06/30/2020

**ACH Confirmation**

## Item Information

Individual Name: NATIONAL DEBT RELIEF

Account Number: ██████ 3075

Amount: $250.00

## Batch Information

Company Name: FBT MERCURY CARD

Effective Entry Date: 09/01/2020
Settlement Date: 09/01/2020

## ACH Confirmation

### Item Information

Individual Name: NATIONAL DEBT RELIEF

Account Number: ████████3075

Amount: $250.00

### Batch Information

Company Name: FBT MERCURY CARD

Effective Entry Date: 09/30/2020
Settlement Date: 09/30/2020

## ACH Confirmation

## Item Information



Individual Name: JOSEPH C WHEAT



Account Number: 3075

Amount: $250.00

## Batch Information

Company Name: FBT MERCURY CARD





Effective Entry Date: 10/07/2020
Settlement Date: 10/07/2020

## ACH Confirmation

## Item Information



Individual Name: NATIONAL DEBT RELIEF

Account Number: ████████3075

Amount: $250.00

## Batch Information

Company Name: FBT CREDIT CARD

Effective Entry Date: 10/30/2020
Settlement Date: 10/30/2020

## ACH Confirmation

## Item Information



Individual Name: JEM CAMACAM

Account Number  3075

Amount: $250.00

## Batch Information

Company Name: FBT CREDIT CARD

Effective Entry Date: 12/31/2020
Settlement Date: 12/31/2020

## ACH Confirmation

## Item Information

Individual Name: JOSEPH C WHEAT

Account Number: 3075

Amount: $250.00

## Batch Information

Company Name: FBT CREDIT CARD

Effective Entry Date: 02/02/2021
Settlement Date: 02/02/2021